# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| CHASE ANDERSON,<br><br>*Plaintiff,*<br><br>v.<br><br>Officers NOGART and PRESSLEY<br><br>*Defendants.* | CIVIL ACTION NO.<br>3:25-cv-00135-TES |

## ORDER OF DISMISSAL

*Pro se* Plaintiff Chase Anderson filed this action on August 27, 2025, along with a motion to proceed *in forma pauperis* ("IFP")—that is, without paying court costs. [Doc. 1]; [Doc. 2]. However, Plaintiff's motion to proceed IFP was incomplete because he failed to submit a certified copy of his trust fund account statement as required under 28 U.S.C. § 1915(a). [Doc. 4]. Plaintiff was ordered to submit the required certified copy, and, when he failed to do so, he was ordered to show cause why his case should not be dismissed for failure to comply with the Court's order. [Doc. 4]; [Doc. 5]. The 14-day window for Plaintiff to show cause has now more than passed, so Plaintiff's case is hereby **DISMISSED** for failure to comply with this Court's orders.

**SO ORDERED,** this 26th day of November, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**